UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jaime Jaramillo and Jon Jaramillo, | Case No. 06-cv-1676 (MJD/AJB) |
| Plaintiffs, | |
| | **ORDER** |
| v. | |
| Lawrence C. Weaver, Delores M. Weaver and John Doe business, | |
| Defendants. | |

Pursuant to Defendants' unopposed motion to remand pursuant to 28 U.S.C. § 1441(b),

**IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Remand is **GRANTED**;

2. This matter is **REMANDED** to the District Court for the State of Minnesota, Tenth Judicial District, County of Anoka;

3. The parties shall bear their own costs and expenses.

Dated: May 15, 2006

**BY THE COURT**

s / Michael J. Davis
Michael J. Davis
United States District Court Judge