UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jaime Jaramillo and Jon Jaramillo,<br><br>             Plaintiffs,<br><br>v.<br><br>Lawrence C. Weaver, Delores M. Weaver and John Doe business,<br><br>             Defendants. | Case No.  06-cv-1676 (MJD/AJB)<br><br>**ORDER** |

Pursuant to Defendants' unopposed motion to remand pursuant to 28 U.S.C. § 1441(b),

**IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Remand is **GRANTED**;

2. This matter is **REMANDED** to the District Court for the State of Minnesota, Tenth Judicial District, County of Anoka;

3. The parties shall bear their own costs and expenses.

Dated: May 15, 2006

**BY THE COURT**

s / Michael J. Davis
Michael J. Davis
United States District Court Judge